**H. J. (Jap) LOWE, Appellant, v. CENTRAL POWER & LIGHT CO. and Illinois Pipe Line Co., Appellees.**

No. 8596.

Court of Civil Appeals of Texas. San Antonio.
April 22, 1931.

Rehearing Denied May 15, 1931.

John L. Dodson, of Del Rio, for appellant.

J. M. Wilson, of San Antonio, and J. J. Foster and Jones & Lyles, all of Del Rio, for appellees.

SMITH, J.

The questions presented in this appeal are identical with those presented in the case of F. Cantu v. Central Power & Light Co. et al. (Tex. Civ. App.) 38 S.W.(2d) 876, decided April 15, last, and, for the reasons set out in the opinion in the latter case, the judgment in this cause will be affirmed.